IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **NORTHLAND PARENT ASSOCIATION,** a Missouri nonprofit corporation | )<br>)<br>) |
| **Plaintiff**, | )<br>) |
| v. | ) Case No. 4:21-cv-00623 |
| **Excelsior Springs School District #40,** | )<br>)<br>) |
| *et. al.* | ) |
| **Defendants.** | )<br>) |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants submit this reply in support of their joint motion for a two-week extension to respond to Plaintiff Northland Parent Association's ("NPA") request for a preliminary injunction.

*First*, NPA filed this suit—which seeks almost exclusively equitable relief—on August 29, 2021. NPA served all defendants within a few days, on September 2. NPA has not moved for a temporary restraining order. NPA waited almost a month after filing suit, until September 24, to file a motion for preliminary injunction. NPA's conduct thus belies its argument that there is genuine urgency to address NPA's multitude of claims.

*Second*, the seriousness and breadth of NPA's requested relief counsels in favor of allowing the Defendants the requested time so that they may present cogent legal argument and evidence to the court on a reasonable, unhurried schedule. NPA seeks to enjoin the face mask policies and exemption practices of seven separate public school districts in Platte and Clay counties. If granted, this sweeping request would affect and imperil the health and safety of thousands of schoolchildren, the majority of whom are under the age of 12 and, accordingly, not old enough to be eligible to receive a COVID vaccine. Such an injunction would also have the effect of

invalidating legislatively enacted ordinances within the cities of Kansas City, Missouri and North Kansas City, Missouri—but only on school grounds where the most vulnerable, unvaccinated citizens of those municipalities seek public accommodation.

*Finally*, as noted in Defendants' motion for extension, the primary purpose of the extension is to enable the various defendants—seven separate school district and two cities, represented by five sets of lawyers—adequate time to coordinate and, hopefully, to file a single response to the motion. Even if the Defendants ultimately need to file two or three response briefs (which they do not currently anticipate) the consolidation should help expedite the process of getting to a resolution. Defendants believe the extension will result in far less paper for the Court to review when deciding the many issues raised by NPA's request for an injunction.

Defendants respectfully ask the Court to grant them an extension until October 22, 2021 to file their response to Plaintiff's Motion for Preliminary Injunction.

Jointly submitted by:

| **SPENCER FANE LLP** | **EDCOUNSEL, LLC** |
|---|---|
| /s/ Stephanie Lovett-Bowman | /s/ Ryan S. Van Fleet |
| W. Joseph Hatley, MO# 33189 | Duane A Martin, MO# 44204 |
| Stephanie Lovett-Bowman, MO# 63045 | 4215 Philips Farm Rd., Suite 101 |
| Angus Dwyer, MO# 66443 | Columbia, MO 65201 |
| 1000 Walnut, Suite 1400 | Telephone: (573) 777-9645 |
| Kansas City, MO 64106 | Fax: (573) 777-9648 |
| Telephone: (816) 474-8100 | dmartin@edcounsel.law |
| Fax: (816) 474-3216 | |
| jhatley@spencerfane.com | Ryan S. Van Fleet, MO# 64210 |
| slovettbowman@spencerfane.com | 201 North Forest Avenue Suite 200 |
| adwyer@spencerfane.com | Independence, MO 64050 |
| | Telephone: (816) 252-9000 |
| ATTORNEYS FOR DEFENDANTS | rvanfleet@edcounsel.law |
| NORTH KANSAS CITY SCHOOL | |
| DISTRICT #74, BOARD OF EDUCATION | ATTORNEYS FOR DEFENDANTS |
| OF NORTH KASNAS CITY SCHOOL | KEARNEY R-1 SCHOOL DISTRICT |
| DISTRICT #74, SMITHVILLE R-II | AND BOARD OF EDUCATION OF |
| SCHOOL DISTRICT, BOARD OF | KEARNEY R-I SCHOOL DISTRICT |

KC 17884286.1

EDUCATION OF SMITHVILLE R-II SCHOOL DISTRICT, PARK HILL SCHOOL DISTRICT AND BOARD OF EDUCATION OF PARK HILL SCHOOL DISTRICT

**HINKLE LAW FIRM LLC**

/s/ Michelle R. Stewart
Michelle R. Stewart, MO# 51737
Lindsey Freihoff, MO # 73240
8711 Penrose Lane Suite 400
Lenexa, KS 66219
Telephone: (913) 345-9205
Fax: (913) 345-4832
mstewart@hinklaw.com
lfreihoff@hinklaw.com

ATTORNEYS FOR DEFENDANTS
BRYANT DELONG MAYOR OF NORTH KANSAS CITY, MISSOURI, in his official capacity, AND CITY COUNCIL OF NORTH KANSAS CITY, MISSOURI

**OFFICE OF THE CITY ATTORNEY CITY OF KANSAS CITY, MISSOURI**

/s/ Tara Kelly
Tara M. Kelly, #64624
Associate City Attorney
2300 City Hall, 414 E. 12th Street
Kansas City, Missouri 64106
Telephone: (816) 513-3117
Facsimile: (816) 513-3133
Email: tara.kelly@kcmo.org

ATTORNEY FOR DEFENDANTS
QUINTON LUCAS, MAYOR OF KANSAS CITY, MISSOURI, in his official capacity, AND CITY COUNCIL OF KANSAS CITY, MISSOURI

**GUIN MUNDORF, LLC**

/s/ Jessica Bernard
Jessica Bernard, MO# 58980
Ryan Fry, MO# 52143
4520 Main Street, Suite 520
Kansas City, MO 64111
Telephone: (816)333-1700
Fax: (816) 886-3860
jbernard@gmschoollaw.com

ATTORNEYS FOR DEFENDANTS
BOARD OF EDUCATION OF EXCELSIOR SPRINGS SCHOOL DISTRICT #40, EXCELSIOR SPRINGS SCHOOL DISTRICT #40, LIBERTY 53 SCHOOL DISTRICT, BOARD OF EDUCATION OF LIBERTY 53 SCHOOL DISTRICT, PLATTE COUNTY SCHOOL DISTRICT R-III, BOARD OF EDUCATION OF PLATTE COUNTY SCHOOL DISTRICT R-III

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the Western District of Missouri via the CM/ECF system, with notice of case activity generated and sent electronically on this 1st day of October 2021, to all counsel of record.

                                           /s/ Stephanie Lovett-Bowman
                                           Attorney for Defendants