IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NORTHLAND PARENT ASSOCIATION,<br>A Missouri nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Excelsior Springs School District #40, et al.,<br><br>Defendants. | Case No. 4:21-cv-00623-FJG |

**PARTIES' JOINT MOTION FOR EXTENSION OF DEADLINES FOR RULE 26(f) CONFERENCE, RULE 16 SCHEDULING PLAN, and RULE 26(a) DISCLOSURES**

Plaintiff and all Defendants (the "parties"), by and through the undersigned counsel, jointly move the Court for an extension of the deadlines under Fed. R. Civ. P. 16 & 26 and Local Rules 16.1 and 26.1 that were set by this Court in its 10/18/2021 Order (doc. 51).

As grounds for this motion, the parties state:

1. As currently scheduled, the parties must conduct their conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(a) on or before **November 17, 2021**.

2. As currently scheduled, the parties must submit the proposed discovery and scheduling plan pursuant to Local Rule 16.1(d) on or before **December 1, 2021**.

3. In addition, the parties must make their Rule 26(a)(1) disclosures within 14 days after the Rule 26(f) conference.

4. On November 17, 2021, counsel for the parties met by telephone conference to conduct the Rule 26(f) conference. The parties recognized that pending before the Court are Plaintiff's *Motion for Preliminary Injunction* (doc. 40), Defendants' *Joint Motion to Dismiss all Claims* (doc. 48), and Plaintiff's *Motion for Leave to Amend Complaint* (doc. 58). The parties discussed and agreed that, in establishing a discovery and scheduling plan under Rule 16, as well as

in making their respective 26(a)(1) disclosures, it would be helpful and more efficient to have a ruling on those motions. The parties agreed therefore to ask the Court to extend the referenced deadlines to a date by which the parties are hopeful that a ruling will have been made on the pending motions or, if the Court has not ruled on the motions, the parties can then discuss whether the required deadlines can be met without the benefit of the rulings on the pending motions.

5. This extension request is made in good faith and not for the purposes of delay.

6. This is the parties' first request for an extension of the deadlines for the Rule 26(f) conference, the Rule 16 proposed discovery and scheduling plan, and the Rule 26(a) disclosures.

7. Plaintiff and all Defendants have conferred and agree to the extensions proposed below.

WHEREFORE, the parties ask the Court to extend the deadlines as follows:

a. The parties shall reconvene and complete their conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1(a) on or before **December 16, 2021**; and

b. The parties shall submit the proposed discovery and scheduling plan pursuant to Local Rule 16.1(d) on or before **December 23, 2021**.

c. The parties shall complete the Rule 26(a)(1) disclosures on or before **December 23, 2021**.

Jointly & Respectfully submitted,

**PATHGUIDE LAW LLC**

/s/ Kevin R. Corlew

Kevin R. Corlew, Mo Bar: #59324
200 NW Englewood Rd Ste A
Gladstone, MO 64118
816.710.6900 (Telephone)
Kevin.Corlew@PathGuideLaw.com

ATTORNEY FOR PLAINTIFF

| **SPENCER FANE LLP** | **EDCOUNSEL, LLC** |
|---|---|
| /s/ Stephanie Lovett-Bowman | /s/ Ryan S. Van Fleet |
| W. Joseph Hatley, MO# 33189 | |
| Stephanie Lovett-Bowman, MO# 63045 | Duane A Martin, MO#44204 |
| Angus Dwyer, MO# 66443 | 4215 Philips Farm Rd., Suite 101 |
| 1000 Walnut, Suite 1400 | Columbia, MO 65201 |
| Kansas City, MO 64106 | Telephone: (573) 777-9645 |
| Telephone: (816) 474-8100 | Fax: (573) 777-9648 |
| Fax: (816) 474-3216 | dmartin@edcounsel.law |
| jhatley@spencerfane.com | |
| slovettbowman@spencerfane.com | Ryan S. Van Fleet, MO# 64210 |
| adwyer@spencerfane.com | 201 North Forest Avenue Suite 200 |
| | Independence, MO 64050 |
| | Telephone: (816) 252-9000 |
| | rvanfleet@edcounsel.law |

ATTORNEYS FOR DEFENDANTS NORTH KANSAS CITY SCHOOL DISTRICT #74, BOARD OF EDUCATION OF NORTH KANSAS CITY SCHOOL DISTRICT #74, SMITHVILLE R-II SCHOOL DISTRICT, BOARD OF EDUCATION OF SMITHVILLE R-II SCHOOL DISTRICT, PARK HILL SCHOOL DISTRICT AND BOARD OF EDUCATION OF PARK HILL SCHOOL DISTRICT

ATTORNEYS FOR DEFENDANTS KEARNEY R-1 SCHOOL DISTRICT AND BOARD OF EDUCATION OF KEARNEY R-I SCHOOL DISTRICT

**HINKLE LAW FIRM LLC**

/s/ Michelle R Stewart

Michelle R Stewart, MO#51737
Lindsey Freihoff, MO# 73240
8711 Penrose Lane Suite 400
Lenexa, KS 66219
Telephone: (913) 345-9205
Fax: (913) 345-4832
mstewart@hinklaw.com
lfreihoff@hinklaw.com

ATTORNEYS FOR DEFENDANTS BRYANT DELONG MAYOR OF NORTH KANSAS CITY, MISSOURI, in his official

**GUIN MUNDORF, LLC**

/s/ Jessica Bernard

Jessica Bernard, MO# 58980
Ryan Fry, MO# 521543
4520 Main Street, Suite 520
Kansas City, MO 64111
Telephone: (816)333-1700
Fax: (816) 886-3860
jbernard@gmschoollaw.com

ATTORNEY FOR DEFENDANTS BOARD OF EDUCATION OF EXCELSIOR SPRINGS SCHOOL DISTRICT #40, EXCELSIOR SPRINGS SCHOOL DISTRICT #40, LIBERTY 53 SCHOOL

capacity, AND CITY COUNCIL OF NORTH KANSAS CITY, MISSOURI

DISTRICT, BOARD OF EDUCATION OF LIBERTY 53 SCHOOL DISTRICT, PLATTE COUNTY SCHOOL DISTRICT R-III, BOARD OF EDUCATION OF PLATTE COUNTY SCHOOL DISTRICT R-III

**CITY OF KANSAS CITY, MISSOURI**

/s/ Tara Kelly

Tara Kelly, MO# 64624
Associate City Attorney
Telephone: (816) 513-3117
tara.kelly@kcmo.org

ATTORNEY FOR DEFENDANTS
QUINTON LUCAS, MAYOR OF KANSAS CITY, MISSOURI, in his official capacity,
AND CITY COUNCIL OF KANSAS CITY, MISSOURI

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2021, I electronically filed the above and foregoing motion with the clerk of the court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

/s/ *Kevin R. Corlew*