**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| NORTHLAND PARENT ASSOCIATION, | )<br>) |
| Plaintiff, | ) |
| v. | )<br>) Case No. 21-0623-CV-W-FJG |
| EXCELSIOR SPRINGS SCHOOL<br>DISTRICT # 40, ET AL., | )<br>)<br>) |
| Defendants. | ) |

___ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

the court hereby DENIES AS MOOT Plaintiff's Motion for Preliminary Injunction (Doc. # 40); GRANTS Defendants' Motion to Dismiss (Doc. 48); DENIES Plaintiff's Motion to Amend Complaint (Doc. # 58); GRANTS Defendants' Motion for Leave to File Excess Pages (Doc. # 68); DENIES AS MOOT the Parties' Joint Motion for Extension of Deadlines (Doc. # 74) and DENIES plaintiff's Substitute Motion for Leave to Amend Complaint (Doc. # 76).

November 29, 2021          Paige Wymore-Wynn
Date                                    Clerk of Court

                                        /s/ Tracy L. Diefenbach
                                        (by) Deputy Clerk